# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JONATHAN B. PIERCE  
      7265 WINBLEDON RD.  
      MACHESNEY PARK, IL  61115

SSN-xxx-xx-8817

Case Number: 07-71079

Case filed on: 5/1/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $13,167.25      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY LAURA MCGARRAGAN | 2,974.00 | 2,974.00 | 1,974.00 | 0.00 |
|  | Total Legal | 2,974.00 | 2,974.00 | 1,974.00 | 0.00 |
| 012 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MICROSOFT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 22,019.32 | 22,019.32 | 0.00 | 0.00 |
|  | Total Priority | 22,019.32 | 22,019.32 | 0.00 | 0.00 |
| 999 | JONATHAN B. PIERCE | 0.00 | 0.00 | 4,436.27 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4,436.27 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 33,774.65 | 33,744.00 | 3,136.73 | 3,058.24 |
| 002 | SUNTRUST MORTGAGE, INC. | 9,956.28 | 0.00 | 0.00 | 0.00 |
| 021 | SUNTRUST MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 43,730.93 | 33,744.00 | 3,136.73 | 3,058.24 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 30.65 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 1,048.39 | 1,048.39 | 0.00 | 0.00 |
| 004 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AOL MEMBER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | C.B. ACCOUNTS INC | 283.00 | 283.00 | 0.00 | 0.00 |
| 008 | CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITIZENS FINANCE | 9,067.34 | 0.00 | 0.00 | 0.00 |
| 010 | UNITED STUDENT FUNDS | 384.14 | 384.14 | 0.00 | 0.00 |
| 011 | CREDIT PROTECTION ASSOCIATION LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MICROSOFT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OSF ST ANTHONY MEDICAL CENTER | 4,044.75 | 4,044.75 | 0.00 | 0.00 |
| 017 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SKO BRENNER AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | BERMAN A. MAULDIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 602.00 | 602.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 15,429.62 | 6,392.93 | 0.00 | 0.00 |
|  | Grand Total: | 84,153.87 | 65,130.25 | 9,547.00 | 3,058.24 |

Total Paid Claimant:     $12,605.24  
Trustee Allowance:     $562.01  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                        /s/ Lydia S. Meyer  
                        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008      By  /s/Heather M. Fagan